# UNITED STATES DISTRICT COURT

___FOR THE___ District of __PUERTO RICO__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE MANUEL RODRIGUEZ | **Judgment in a Criminal Case**<br>(For a Petty Offense)<br><br>Case No.   3:11CR393-01 (JAG/SCC)<br>USM No.   38335-069<br><br>AFPD CORAL RODRIGUEZ<br>Defendant's Attorney |

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded      X  guilty   ☐ nolo contendere to count(s)  ONE (1) OF THE INFORMATION

☐  **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1325(a)(1) | Illegal entry. | October 8, 2011 | ONE (1) |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

☐  **THE DEFENDANT** was found not guilty on count(s) _____

☐  Count(s) _____   ☐ is   ☐ are  dismissed on the motion of the United States.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:   N/A | NOVEMBER 1, 2011<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1981 | s/ *Silvia Carreño-Coll*<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Dominican Republic | SILVIA CARREÑO-COLL, U. S. MAGISTRATE JUDGE<br>Name and Title of Judge<br><br>NOVEMBER 1, 2011<br>Date |

DEFENDANT: JOSE MANUEL RODRIGUEZ
CASE NUMBER: 3:11CR393-01 (DRD/SCC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **TIME SERVED**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JOSE MANUEL RODRIGUEZ
CASE NUMBER: 3:11CR393-01 (DRD/SCC)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 10.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

  ☐ the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.